```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                         11/21/19
```

To: GARY E. THOMPSON
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

                              In re:  Andrew R. Krueck
                              Bankruptcy No.  19-15344-jkf
                              Adversary No.
                              Chapter 13

     Re:         __Application for Compensation

The above pleading was filed in this office on 10/14/19. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        (xx)  Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
              objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk


                              By: _____C. Wagner_____
                                   Deputy Clerk

status.frm
(rev. 11/26/2018)