# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Andrew Krueck**             **: CHAPTER 13**

     **Debtors**                     **: BANKRUPTCY NO.  19-15344**

## CERTIFICATE OF NO RESPONSE AND
## CERTIFICATION OF UNCONTESTED APPLICATION FOR
## <u>COUNSEL FEES</u>

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and certify the following:

1.  On  October 12, 2019, I served a true and correct copy of the  Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2.  I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court objecting to the Counsel Fee.

3.  I have not received a request for any other Administrative Fees or Expenses from any party in interest within the time period provided by the Rules of Court.

     WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order.

                             /s/ Gary E. Thompson
                             GARY E. THOMPSON
                             ATTORNEY FOR DEBTOR(S)

Date: 11/21/19