## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Andrew Krueck | : | |
| | : | BANKRUPTCY NO. 19-15344 |
| Debtor | : | |

## ORDER APPROVING APPLICATION OF DEBTOR,
## TO EMPLOY BERKSHIRE HATHAWAY/PATRICK CURRAN AS REAL PROPERTY BROKER

AND NOW, this          day of       2019, upon consideration of the Application of Debtor (the "Debtor"), to Employ Berkshire Hathaway/Patrick Curran (the "Broker") as Broker Pursuant to 11 U.S.C. and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that the Broker has no interest adverse to the debtor or the debtor's estate with respect to the matters for which it is to be employed, and further that the Broker's retention is in the best interest of the creditors, it is hereby

ORDERED, that the Debtor is authorized to employ the Broker as of the date of the Application to market and sell the Property (as defined in the Application) and upon the terms and conditions therein set forth; it is further

ORDERED, that the Broker shall be entitled to be compensated for its services at the rate set forth in the Application and it is further

ORDERED, that the Broker's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE