**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Andrew Krueck | : | |
| | : | BANKRUPTCY NO. 19-15344 |
| Debtor | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Gary E. Thompson, Esquire, hereby certify that on November 21, 2019, I directed to be served a copy of the Application of Debtor, to Employ Berkshire Hathaway/Patrick Curran. as Real Property Broker Pursuant to and Fed.R.Bankr.P. 2014 and Notice of the Application upon the parties on the attached list in the manner indicated thereto.

                                          Carosella & Associates, P.C.

                                          BY:/s/Gary E. Thompson
                                          Gary E. Thompson, Esquire

Dated:11/21/19

Office of the US Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19106

All creditors on matrix