**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :          Chapter 13
Andrew Krueck                                   :
                                                :          BANKRUPTCY NO. 19-15344
Debtor                                          :
                                                :
                                                :

**ORDER**

AND NOW, this                 day of       2019, upon consideration of the Debtor's

Motion for Authority to Sell Real Estate and any responses thereto,

IT IS HEREBY ORDERED that the Debtor is granted authority to sell the real property

located at 387 Century Oak Drive, Oxford, PA 19363.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE