**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                                  :        Chapter 13
Andrew Krueck                           :
                                        :        BANKRUPTCY NO. 19-15344
Debtor                                  :
                                        :
                                        :
_____

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that on November 21, 2019, I directed to be served a copy of the Motion to Sell Real Estate pursuant to  Fed.R.Bankr.P. 2014 and Notice of the Application upon the parties on the attached list in the manner indicated thereto.

Carosella & Associates, P.C.


BY: /s/Gary E. Thompson
Gary E. Thompson, Esquire

Dated: 11/21/19


Office of the US Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19106

All creditors on matrix