## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:
Andrew Krueck

Bankruptcy Case No: 19-15344

Debtors.

## CERTIFICATION OF NO RESPONSE

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On November 21, 2019, I served via first class regular mail a true and correct copy of Debtors' Application to Employ Realtor, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: December 14, 2019

*/s/ Gary E. Thompson*
**GARY E. THOMPSON, ESQUIRE**
882 S. Matlack Street, Suite 101
West Chester, PA 19382

Counsel for Debtors,