# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:
Andrew Krueck

Debtors.

Bankruptcy Case No: 19-15344

## CERTIFICATION OF NO RESPONSE

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On November 21, 2019, I served via first class regular mail a true and correct copy of Debtors' Motion to Sell Real Estate, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: December 17, 2019

*/s/ Gary E. Thompson*
**GARY E. THOMPSON, ESQUIRE**
882 S. Matlack Street, Ste 101
West Chester, PA 19382

Counsel for Debtors,