United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew R. Krueck  
    Debtor

Case No. 19-15344-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Dec 19, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db         +Andrew R. Krueck,   387 Century Oak Drive,   Oxford, PA 19363-2836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:

      DANIEL CHRISTOPHER KERRICK   on behalf of Creditor   Wilmington Savings Fund Society, FSB  
       dckerrick@dkhogan.com, gdurstein@dkhogan.com  
      GARY E. THOMPSON   on behalf of Debtor Andrew R. Krueck  get24esq@aol.com  
      JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A.  paeb@fedphe.com  
      KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION  bkgroup@kmllawgroup.com  
      MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, N.A.  paeb@fedphe.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION  
       bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
       ECFMail@ReadingCh13.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                   TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| Andrew Krueck | : |
| | : BANKRUPTCY NO. 19-15344 |
| Debtor | : |

### ORDER APPROVING APPLICATION OF DEBTOR, TO EMPLOY BERKSHIRE HATHAWAY/PATRICK CURRAN AS REAL PROPERTY BROKER

AND NOW, this 18th day of December 2019, upon consideration of the Application of Debtor (the "Debtor"), to Employ Berkshire Hathaway/Patrick Curran (the "Broker") as Broker Pursuant to 11 U.S.C. and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that the Broker has no interest adverse to the debtor or the debtor's estate with respect to the matters for which it is to be employed, and further that the Broker's retention is in the best interest of the creditors, it is hereby

ORDERED, that the Debtor is authorized to employ the Broker as of the date of the Application to market and sell the Property (as defined in the Application) and upon the terms and conditions therein set forth; it is further

ORDERED, that the Broker shall be entitled to be compensated for its services at the rate set forth in the Application and it is further

ORDERED, that the Broker's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

Dated: 12/18/19

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Jean K. FitzSimon