UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Andrew Krueck | : | |
| Debtors | : | Bankruptcy No.19-15344 JKF |

**A~~XXXXXXX~~MENDED ORDER**

**AND NOW,** this 7th ~~xxxx~~ day of January, 2020 ~~2019~~, upon consideration of the Motion to Sell Real Property filed by Debtors, upon notice to all interested parties, any response thereto, it is hereby

**ORDERED** that Debtors are authorized to sell their real property at 387 Century Oak Drive, Oxford, PA 19363 ("Property"), free and clear of all liens and encumbrances, except that of first mortgage holder, Wells Fargo Bank, NA, which will be paid in full at closing, for the sale price of Three Hundred Thirty Nine Thousand, Nine Hundred Dollars ($339,900.00), pursuant to the terms of a certain real estate agreement of sale, to the buyers thereunder, Steven & Krystal Atwood ("Buyers"), who has been represented to purchasing the Property at arms-length. Any proceeds of sale in excess of those paid to Wells Fargo Bank, NA and various closing costs will be paid to the Trustee for the benefit of Unsecured Creditors.

**IT IS HEREBY FURTHER ORDERED,** that if the aforementioned sales price is insufficient to pay off the first mortgage holder in full, that the sale will be subject to Wells Fargo Bank, NA'S final approval. In addition, the payoff quote as provided by Wells Fargo Bank, NA is only good through January 2, 2020 and if closing does not occur before said date , a new pay off quote may be required.

The title clerk shall fax a competed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE