United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew R. Krueck  
    Debtor

Case No. 19-15344-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jan 07, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.  
db         +Andrew R. Krueck,   387 Century Oak Drive,   Oxford, PA 19363-2836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:  
        DANIEL CHRISTOPHER KERRICK   on behalf of Creditor   Wilmington Savings Fund Society, FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com  
        GARY E. THOMPSON   on behalf of Debtor Andrew R. Krueck get24esq@aol.com  
        JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
        MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
Andrew Krueck :
       Debtors : Bankruptcy No.19-15344 JKF

## ~~XXXXXXX~~ AMENDED ORDER

      **AND NOW**, this 7th ~~this~~ day of January, 2020 ~~2019~~, upon consideration of the Motion to Sell Real Property filed by Debtors, upon notice to all interested parties, any response thereto, it is hereby

      **ORDERED** that Debtors are authorized to sell their real property at 387 Century Oak Drive, Oxford, PA 19363 ("Property"), free and clear of all liens and encumbrances, except that of first mortgage holder, Wells Fargo Bank, NA, which will be paid in full at closing, for the sale price of Three Hundred Thirty Nine Thousand, Nine Hundred Dollars ($339,900.00), pursuant to the terms of a certain real estate agreement of sale, to the buyers thereunder, Steven & Krystal Atwood ("Buyers"), who has been represented to purchasing the Property at arms-length. Any proceeds of sale in excess of those paid to Wells Fargo Bank, NA and various closing costs will be paid to the Trustee for the benefit of Unsecured Creditors.

      **IT IS HEREBY FURTHER ORDERED,** that if the aforementioned sales price is insufficient to pay off the first mortgage holder in full, that the sale will be subject to Wells Fargo Bank, NA'S final approval. In addition, the payoff quote as provided by Wells Fargo Bank, NA is only good through January 2, 2020 and if closing does not occur before said date , a new pay off quote may be required.

      The title clerk shall fax a competed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE