UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ANDREW R. KRUECK<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-15344-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of January, 2020, by first class mail upon those listed below:

ANDREW R. KRUECK
387 CENTURY OAK DRIVE
OXFORD, PA  19363

**Electronically via CM/ECF System Only:**

GARY E THOMPSON ESQ
150 E SWEDESFORD ROAD
1ST FLOOR
WAYNE, PA  19087

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee