United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew R. Krueck  
    Debtor

Case No. 19-15344-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 1             Date Rcvd: Apr 02, 2020
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db             #+Andrew R. Krueck,    387 Century Oak Drive,    Oxford, PA 19363-2836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
      DANIEL CHRISTOPHER KERRICK     on behalf of Creditor    Wilmington Savings Fund Society, FSB
       dckerrick@dkhogan.com,    gdurstein@dkhogan.com
      GARY E. THOMPSON     on behalf of Debtor Andrew R. Krueck get24esq@aol.com
      JEROME B. BLANK     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      KEVIN G. MCDONALD     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
      MARIO J. HANYON     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      REBECCA ANN SOLARZ     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrew R. Krueck
      Debtor(s)

Chapter: 13

Bankruptcy No: 19−15344−jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 1,2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Jean K. FitzSimon
                                              Judge ,
                                              United States Bankruptcy Court