United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 19-15344-jkf
Andrew R. Krueck    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Apr 02, 2020
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db             #+Andrew R. Krueck,    387 Century Oak Drive,    Oxford, PA 19363-2836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
        DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
         dckerrick@dkhogan.com,   gdurstein@dkhogan.com
        GARY E. THOMPSON    on behalf of Debtor Andrew R. Krueck get24esq@aol.com
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                       TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Andrew Krueck** : CHAPTER 13
**Debtors** : BANKRUPTCY NO. 19-15344

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** this _____ day of _____, 20__, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel Fee:        $3500.00
Total paid by Debtor(s):   $2000.00
$1500.00 to be paid in Plan
Filing Fee paid by Debtor(s)

The amount paid is for counsel's handling of Debtor(s) above-captioned Chapter 13 case.

In the event debtor(s) case is dismissed prior to Confirmation, the Chapter 13 Trustee is authorized to distribute to said Applicant as an Administrative Expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. 503(b) and 11 U.S.C. Section 330 (a)(4)(B), the allowed compensation set forth above less $2,000.00 which was paid by Debtor(s).

Date:_____                              _____
                                                                             J.

**Date: April 2, 2020**