UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Andrew R. Krueck

Debtor.

_____/

Case No. 19-15344
Honorable Jean K. FitzSimon
Chapter 13

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #10

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #10 filed on October 30, 2019 in the amount of $6,838.62 has been satisfied.

Respectfully submitted:

**Angela Dery on behalf of Midland Credit Management, Inc.**

/s/ Angela Dery
Lead Bankruptcy Specialist
320 E. Big Beaver Rd., Suite 300
Troy, MI 48083
(586) 983-7150

Dated: April 27, 2020

APR 30 2020
TIMOTHY McGRATH, CLERK

19-236379