**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: ANDREW KRUECK**                                    **CHAPTER 13**
       Debtor

                                                            **BANKRUPTCY NO. 19-15344**

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served COPY OF THE Motion to

Modify Plan Post Confirmationn by US Mail and the court's electronic filing system on or about

June 18, 2020 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Scott Waterman
POB 4010
Reading, PA 19606

All Creditors on Matrix
.

                                                    _____/S/_____
                                                    GARY E. THOMPSON, ESQUIRE
                                                    Attorney for Debtor.

6/18/20