**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Andrew Krueck<br><br>　　　　　　　　　　Debtors. | Bankruptcy Case No: 19-15344 |

**CERTIFICATION OF NO RESPONSE**

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On June 18, 2020, I served via first class regular mail a true and correct copy of Debtors' Motion to Modify Plan, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: July 17, 2020      */s/ Gary E. Thompson*
　　　　　　　　　　　　　　　**GARY E. THOMPSON, ESQUIRE**
　　　　　　　　　　　　　　　882 S. Matlack Street
　　　　　　　　　　　　　　　West Chester , PA 19382

　　　　　　　　　　　　　　　Counsel for Debtors,