IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew Krueck : Bankruptcy No. 19-15344
       Debtor :
: Chapter 13

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is ORDERED that the Debtor's Plan is amended with Exhibit "A" attached to said Motion.

BY THE COURT:

**Date: July 22, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE