United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15344-amc
Andrew R. Krueck                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW            Page 1 of 1                 Date Rcvd: Jul 22, 2020
                          Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
db             #+Andrew R. Krueck,    387 Century Oak Drive,    Oxford, PA 19363-2836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:
     DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
      dckerrick@dkhogan.com,   gdurstein@dkhogan.com
     GARY E. THOMPSON    on behalf of Debtor Andrew R. Krueck get24esq@aol.com
     JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
     KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
     MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
      bkgroup@kmllawgroup.com
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrew Krueck | : | Bankruptcy No. 19-15344 |
| Debtor | : | |
| | : | Chapter 13 |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is ORDERED that the Debtor's Plan is amended with Exhibit "A" attached to said Motion.

BY THE COURT:

**Date: July 22, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE