Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-15344-AMC**

ANDREW R. KRUECK  
387 CENTURY OAK DRIVE  
OXFORD  PA   19363  

Petition Filed Date: 08/27/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/01/2020  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/15/2019 | $650.00 | | 01/06/2020 | $250.00 | | 02/10/2020 | $500.00 | |
| 03/13/2020 | $220.00 | | 03/16/2020 | $279.00 | | 04/23/2020 | $499.00 | |
| 05/18/2020 | $499.00 | | 06/22/2020 | $499.00 | | 07/16/2020 | $499.00 | |

**Total Receipts for the Period: $3,895.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,895.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $393.46 | $393.46 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,335.09 | $0.00 | $1,335.09 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $3,089.27 | $0.00 | $3,089.27 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $3,350.44 | $0.00 | $3,350.44 |
| 5 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 005 | Unsecured Creditors | $5,085.01 | $0.00 | $5,085.01 |
| 6 | MERMAID RUN CONDO ASSOC<br>»» 006 | Secured Creditors | $18,921.34 | $595.96 | $18,325.38 |
| 7 | NBT BANK NA<br>»» 007 | Unsecured Creditors | $16,085.48 | $0.00 | $16,085.48 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NA<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $19.25 | $0.00 | $19.25 |
| 0 | GARY E THOMPSON ESQ<br>»» PC MTM ORDER 7/22/20 | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

Chapter 13 Case No. 19-15344-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,895.00 | Current Monthly Payment: | $499.00 |
| Paid to Claims: | $2,489.42 | Arrearages: | ($140.00) |
| Paid to Trustee: | $364.81 | Total Plan Base: | $28,206.00 |
| Funds on Hand: | $1,040.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.