| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15344-AMC**

ANDREW R. KRUECK
387 CENTURY OAK DRIVE
OXFORD  PA    19363

Petition Filed Date: 08/27/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $250.00 | | 02/10/2020 | $500.00 | | 03/13/2020 | $220.00 | |
| 03/16/2020 | $279.00 | | 04/23/2020 | $499.00 | | 05/18/2020 | $499.00 | |
| 06/22/2020 | $499.00 | | 07/16/2020 | $499.00 | | 08/20/2020 | $499.00 | |
| 09/30/2020 | $600.00 | | 11/03/2020 | $499.00 | | 12/03/2020 | $499.00 | |
| 12/29/2020 | $500.00 | | 02/03/2021 | $500.00 | | 03/08/2021 | $500.00 | |
| 03/29/2021 | $500.00 | | 05/10/2021 | $500.00 | | 06/01/2021 | $500.00 | |

**Total Receipts for the Period: $8,342.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,992.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $393.46 | $393.46 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $1,335.09 | $0.00 | $1,335.09 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $3,089.27 | $0.00 | $3,089.27 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $3,350.44 | $0.00 | $3,350.44 |
| 5 | HYUNDAI MOTOR FINANCE COMPANY »» 005 | Unsecured Creditors | $5,085.01 | $0.00 | $5,085.01 |
| 6 | MERMAID RUN CONDO ASSOC »» 006 | Secured Creditors | $18,921.34 | $4,863.97 | $14,057.37 |
| 7 | NBT BANK NA »» 007 | Unsecured Creditors | $16,085.48 | $0.00 | $16,085.48 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NA »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $19.25 | $0.00 | $19.25 |

| 0 | GARY E THOMPSON ESQ<br>»» PCMTM 7/22/20 ORDER | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,992.00 | Current Monthly Payment: | $499.00 |
| Paid to Claims: | $7,757.43 | Arrearages: | ($247.00) |
| Paid to Trustee: | $784.57 | Total Plan Base: | $28,206.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.