| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15344-AMC

ANDREW R. KRUECK
387 CENTURY OAK DRIVE
OXFORD  PA    19363

Petition Filed Date: 08/27/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/10/2021 | $500.00 |  | 06/01/2021 | $500.00 |  | 07/06/2021 | $500.00 |  |
| 08/02/2021 | $500.00 | 8/2/2021 | 08/30/2021 | $500.00 |  | 09/28/2021 | $500.00 |  |
| 10/29/2021 | $500.00 |  | 11/29/2021 | $500.00 |  | 12/28/2021 | $500.00 |  |
| 02/11/2022 | $500.00 |  | 03/01/2022 | $500.00 |  | 03/25/2022 | $500.00 |  |
| 04/29/2022 | $500.00 |  | 05/31/2022 | $500.00 |  | 06/29/2022 | $500.00 |  |
| 08/01/2022 | $500.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $8,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,992.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $393.46 | $393.46 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,335.09 | $0.00 | $1,335.09 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $3,089.27 | $0.00 | $3,089.27 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $3,350.44 | $0.00 | $3,350.44 |
| 5 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 005 | Unsecured Creditors | $5,085.01 | $0.00 | $5,085.01 |
| 6 | MERMAID RUN CONDO ASSOC<br>»» 006 | Secured Creditors | $18,921.34 | $11,253.97 | $7,667.37 |
| 7 | NBT BANK NA<br>»» 007 | Unsecured Creditors | $16,085.48 | $0.00 | $16,085.48 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NA<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $19.25 | $0.00 | $19.25 |

Chapter 13 Case No. 19-15344-AMC

| 0 | GARY E THOMPSON ESQ<br>»» PCMTM 7/22/20 ORDER | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,992.00 | Current Monthly Payment: | $499.00 |
| Paid to Claims: | $14,147.43 | Arrearages: | ($261.00) |
| Paid to Trustee: | $1,384.57 | Total Plan Base: | $28,206.00 |
| Funds on Hand: | $460.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.