United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrew R. Krueck  
    Debtor

Case No. 19-15344-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 27, 2023      Form ID: 138OBJ      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Andrew R. Krueck, 387 Century Oak Drive, Oxford, PA 19363-2836 |
| 14379983 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14379985 | + | Mermaid Run Condominium Assc, C/O Losco & Marconi, POB 1677, Wilmington, DE 19899-1677 |
| 14401543 | + | PNC BANK NATIONAL ASSOCIATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14402594 | + | PNC BANK NATIONAL ASSOCIATION, C/O Kevin G. McDonald, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14405115 | | Wells Fargo Bank, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14379989 | + | Wells Fargo Home Mortgage, POB 6426, Carol Stream, IL 60197-6426 |
| 14381858 | + | Wilmington Savings Fund Society, FSB, c/o Daniel C. Kerrick, Esquire, HOGAN and MCDANIEL, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14379982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 23:50:43 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14385630 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14395462 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 27 2023 23:35:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14379984 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 23:39:44 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219 |
| 14379980 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 23:39:57 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14391857 | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 23:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14391542 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 27 2023 23:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14379986 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 23:35:00 | Midland Funding, 227 W. Trade Street, Ste 1610, Charlotte, NC 28202-1676 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 27

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14412638 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 23:35:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14379987 | + | Email/Text: bankruptcy@nbtbank.com | Jul 27 2023 23:35:00 | NBT Bank, 20 Mohwak Street, Canajoharie, NY 13317-1144 |
| 14397462 | + | Email/Text: bankruptcy@nbtbank.com | Jul 27 2023 23:35:00 | NBT Bank, NA, 52 South Broad St, Norwich, NY 13815-1699 |
| 14379988 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 23:34:00 | PNC Bank, POB 747032, Pittsburg, PA 15274 |
| 14412893 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 23:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14416698 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 23:34:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14384228 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14379990 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 27 2023 23:35:00 | WSFS, 500 Delaware Avenue, Wilmington, DE 19801-1490 |
| 14407082 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 23:39:42 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14398222 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 27 2023 23:35:00 | Wilmington Savings Fund Society, FSB, 500 Delaware Avenue, 10th Floor, Wilmington, DE 19801-1490 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14379981 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14407083 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14395676 | ##+ | Mermaid Run Condominium Association, IPS c/o Christina Peronti, 102 Larch Circle, Suite 302, Newport DE 19804-2371 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

**Name**     **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DANIEL CHRISTOPHER KERRICK
    on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

GARY E. THOMPSON
    on behalf of Debtor Andrew R. Krueck get24esq@aol.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Andrew R. Krueck
       Debtor(s)

Case No: 19−15344−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/27/23