| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-15344-AMC**

ANDREW R. KRUECK
387 CENTURY OAK DRIVE
OXFORD  PA    19363

Petition Filed Date: 08/27/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/01/2020

Case Status: Completed on 7/ 5/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $500.00 | | 09/07/2022 | $500.00 | | 10/03/2022 | $500.00 | |
| 10/31/2022 | $500.00 | | 12/02/2022 | $500.00 | | 12/08/2022 | $750.00 | |
| 12/15/2022 | $750.00 | | 12/29/2022 | $1,000.00 | | 02/14/2023 | $500.00 | |
| 03/14/2023 | $500.00 | | 03/31/2023 | $500.00 | | 05/15/2023 | $500.00 | |
| 06/14/2023 | $500.00 | | 07/05/2023 | $5,750.00 | | | | |

**Total Receipts for the Period: $13,250.00    Amount Refunded to Debtor Since Filing: $536.00    Total Receipts Since Filing: $28,742.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $393.46 | $393.46 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,335.09 | $182.87 | $1,152.22 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $3,089.27 | $423.15 | $2,666.12 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $3,350.44 | $458.92 | $2,891.52 |
| 5 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 005 | Unsecured Creditors | $5,085.01 | $696.51 | $4,388.50 |
| 6 | MERMAID RUN CONDO ASSOC<br>»» 006 | Secured Creditors | $18,921.34 | $18,921.34 | $0.00 |
| 7 | NBT BANK NA<br>»» 007 | Unsecured Creditors | $16,085.48 | $2,203.28 | $13,882.20 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NA<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $19.25 | $2.64 | $16.61 |
| 0 | GARY E THOMPSON ESQ<br>»» PCMTM 7/22/20 ORDER | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

| 0 | ANDREW R. KRUECK | Debtor Refunds | $536.00 | $536.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,742.00 | Current Monthly Payment: | $499.00 |
| Paid to Claims: | $26,318.17 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,423.83 | Total Plan Base: | $28,206.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.